**Electronically Filed
Supreme Court
SCWC-19-0000535
22-MAR-2021
02:00 PM
Dkt. 13 ODAC**

SCWC-19-0000535

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

GARY J. FOUMAI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000535 and CAAP-19-0000536;
CR. NOS. 1CPC-18-0000590 and 1CPC-18-0000244)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Johnson, in place of Eddins, J., recused)

Petitioner/Defendant-Appellant Gary J. Foumai's

Application for Writ of Certiorari, filed on February 16, 2021,

is hereby rejected.

DATED: Honolulu, Hawai'i, March 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

